**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 21, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

KAVEH ABEDI,

Petitioner - Appellant,

v.

CRYSTAL CARTER, Warden, FCI-Leavenworth; MARKWAYNE MULLIN, Secretary, Department of Homeland Security; CHRISTOPHER CHAMBERLIN, Acting Assistant Field Office Director; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

Respondents - Appellees.

-----------------------------

ROCKY MOUNTAIN IMMIGRANT ADVOCACY NETWORK,

Amicus Curiae.

No. 25-3179
(D.C. No. 5:25-CV-03141-JWL)
(D. Kan.)

---

**JUDGMENT**

---

Before **PHILLIPS**, **McHUGH**, and **EID**, Circuit Judges.

---

This case originated in the District of Kansas and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part. The case is remanded to the United States District Court for the District of Kansas for further

proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk